IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBY LEE ROBERTSON
ADC # 121746                                                                                              PLAINTIFF

V.                            4:12-CV-00026-BSM-JJV

SHAUN HILDRETH                                                                                        DEFENDANT

## ORDER

On January 12, 2012, Bobby Lee Robertson, the Plaintiff, filed a Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 2) along with an Application to Proceed *In Forma Pauperis* (Doc. No. 1). Mr. Robertson alleges that his constitutional rights were violated by City of Warren Police Officer Shaun Hildreth. According to the Complaint, all events giving rise to this lawsuit occurred in Warren, Arkansas, the county seat of Bradley County, Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, El Dorado Division, 101 South Jackson Ave., Room 205, El Dorado, Arkansas 71730-6133.

IT IS SO ORDERED this 17th day of January, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE